# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL RUIZ, | Case No. CV 14-08693 PA (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SCOTT FRAUENHEIM, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: 03/30/2017

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE